Order entered July 8, 2015



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00086-CR

**CHARLES JAMISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-54109-V**

## ORDER

The Court **ORDERS** the appellant's brief received on June 30, 2015 filed as of the date of this order.

We **ORDER** Peri Wood, official court reporter of the 292nd Judicial District Court, to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 4, a CD; 62, 63, 65, and 66, DVDs, and 83 and 84, CDs.

We **DIRECT** the Clerk to send copies of this order to Peri Wood, official court reporter of the 292nd Judicial District Court, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE